IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

KARLEY WILLIAMS, INDIVIDUALLY
AND ON BEHALF OF OTHERS
SIMILARLY SITUATED                                                            PLAINTIFF

V.                         CASE NO. 2:17-CV-141 JM

PAFFORD EMS, LLC; PAFFORD
MEDICAL BILLING SERVICES, INC.;
AND PAFFORD MEDICAL SERVICES,
INC.                                                                           DEFENDANTS

## ORDER

Plaintiff has filed a motion for voluntary dismissal (Docket No. 15) to which Defendants have responded. After consideration of the arguments presented, the motion is GRANTED. The Clerk is directed to close the case, all pending motions are denied as moot.

Plaintiff's right to re-file the case against these Defendants is subject to the provisions of Rule 41(d) of the Federal Rules of Civil Procedure. Under Rule 41(d), the Plaintiffs may be ordered to pay any costs of this action which the Court deems appropriate upon filing the same claim against the same defendants.

IT IS SO ORDERED this 23rd day of October, 2017.

.

_____
UNITED STATED DISTRICT JUDGE